IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| NESTOR GARCIA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:16-CV-76-TBR |
| MIDLAND FUNDING, LLC AND | ) |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC., | ) |
| | ) |
| **Defendants.** | ) |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel for the Plaintiff Nestor Garcia ("Plaintiff") and Defendants Midland Funding, LLC ("Midland Funding") and Midland Credit Management, Inc. ("MCM") (hereinafter collectively referred to as "Defendants"), that the claims against Defendants should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Defendants in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

29044423 v1